IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TASHA DANTZLER-HOGGARD et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 12-0536 |
| | : | |
| GRAYSTONE ACADEMY CHARTER SCHOOL and GRAYSTONE BOARD OF TRUSTEES, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 6th day of June, 2012, upon careful consideration of defendants' motion to dismiss plaintiffs' complaint or, in the alternative, to sever plaintiffs' claims (document no. 2) and plaintiffs' opposition thereto, **IT IS HEREBY ORDERED** that the motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1. Defendants' motion to dismiss is **GRANTED** only as to plaintiff Stacey Sutton-Ames's discrimination and hostile-work-environment claims in counts I, II, and III, and these claims are dismissed without prejudice to plaintiffs' right to file an amended complaint to cure the deficiencies in Sutton-Ames's claims within 20 days of the date of this order.

2. Defendants' motion to dismiss is **DENIED** as to all the remaining claims.

3. Defendants' motion to sever is **DENIED** without prejudice to their right to renew their

motion after discovery has been completed.

                                                                         /s/William H. Yohn Jr.
                                                                            William H. Yohn Jr., Judge